**Leroy WIERZCHOWICZ, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 04–3150.

United States Court of Appeals, Federal Circuit.

June 18, 2004.

Gerald M. Alexander, Principal Attorney, Jeanne E. Davidson, Patricia M. McCarthy, David M. Cohen, of Counsel, Washington, DC, for Respondent.

Leroy Wierzchowicz, of Counsel, Panama City Bch, FL, for Petitioner.

## ORDER

Petitioner having paid the initial filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.